In the Matter of MABEL MOREA, Respondent, against THE BALTIMORE AND OHIO STORES, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — death from accident in course of employment — sufficiency of notice and of proof.*

*Matter of Morea* v. *B. & O. Stores, Inc.*, 219 App. Div. 848, affirmed.

(Argued October 4, 1927; decided October 18, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 25, 1927, unanimously affirm-

ing an award of the State Industrial Board, made under the Workmen's Compensation Law. There was evidence that claimant's husband was struck in the back by an iron door causing injury from which he subsequently died. Appellant contended that there was neither timely notice of the accident or of death nor sufficient proof of the accident.

*Edward P. Lyon, Harold S. Lyon* and *Alfred W. Andrews* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.